

**NUMBER 13-14-00042-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LEE ANN CHOLOPISA,                                                    Appellant,

v.

ROY WILLIAM CHOLOPISA,                                                 Appellee.

### On appeal from the 87th District Court
### of Limestone County, Texas.

## ORDER TO FILE BRIEF

**Before Chief Justice Valdez and Justices Perkes and Longoria
Order Per Curiam**

This cause is before the Court on appellant's second motion for extension of time to file the brief.   Appellant=s brief was originally due to be filed on May 27, 2014, and this Court has previously granted appellant an extension for the filing of appellant=s brief in this cause.   Appellant has filed her second motion requesting additional time to file the

appellate brief in this cause.

The Court, having fully examined and considered appellant's second motion for extension of time to file the brief, the extension previously granted in this cause, and appellee's response, is of the opinion that, in the interest of justice, appellant's second motion for extension of time to file the brief should be granted with order.

Appellant is hereby ORDERED to file a brief within 30 days from the date of this order. The brief shall comply with Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1. If appellant fails to file a brief, the Court may dismiss the appeal for want of prosecution and appellant's failure to comply with this Court's directive and the appellate rules*. See id.* 38.8(a)(1), 42.3(b),(c).

It is so ORDERED.

PER CURIAM

Delivered and filed the
10th day of July, 2014.

2